JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

JEISON ENRIQUE HERRERA RIVAS,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. EDCV 26-5114-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: September 18, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE